United States District Court
Southern District of Texas
**ENTERED**
August 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANE EDMISTON, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 4:23-CV-01977 |
| EK REAL ESTATE SERVICES OF NY, LLC, *et al.*, | | |
| Defendants. | | |

### ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 20).

Accordingly, it is Ordered that this case is dismissed without prejudice.

It is so ORDERED.

SIGNED on August 24, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge